No. 568, Misc. CURRIE v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 574, Misc. BOWEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Chester E. Wallace* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 576, Misc. CARROLL v. NEW YORK. Supreme Court of New York, Appellate Division, First Judicial Department. Certiorari denied.

No. 577, Misc. SMITH v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 580, Misc. MINTON v. ELLIS, GENERAL MANAGER, TEXAS DEPARTMENT OF CORRECTIONS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 588, Misc. GRANT v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 589, Misc. WORLEY, ADMINISTRATRIX, ET AL. v. DUNN, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 6th Cir. Certiorari denied. Petitioners *pro se. Charles C. Trabue, Jr.* for the Trustee in Bankruptcy, and *F. A. Berry* for the First American National Bank of Nashville, respondents.

No. 591, Misc. TURNER v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.